UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-cv-24860-UU

GILDA DULCEY,

    Plaintiff,

v.

COMPREHENSIVE HEALTH SERVICES, INC.,

    Defendant.

_____/

## ORDER AFFIRMING MAGISTRATE JUDGE'S REPORT

THIS CAUSE is before the Court upon Magistrate Judge John J. O'Sullivan's Order Approving Settlement Agreement and Recommending that the Case be Dismissed with Prejudice. D.E. 30.

THE COURT has reviewed the pertinent portions of the record and is otherwise fully advised in the premises.

On February 18, 2020, Magistrate Judge O'Sullivan issued an order following the settlement conference in this case, which: (1) approved the parties' settlement agreement (including attorney's fees and costs) under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), pursuant to *Lynn Food Stores v. United States*, 679 F.2d 1350, 1352-1353 (11th Cir. 1982); and (2) recommended that the undersigned dismiss this case with prejudice, while retaining jurisdiction until April 4, 2020 to enforce the terms of the settlement. D.E. 30. The parties' objections to the Report were due by March 3, 2020, and no party has filed objections. The matter is thus ripe for disposition.

2

The Court has reviewed the entire file and record herein and agrees with Magistrate Judge O'Sullivan's recommendation. The Court finds that the terms of the settlement were dictated before Magistrate Judge O'Sullivan on the public record and are available to any person by ordering the transcript. Accordingly, it is hereby

ORDERED AND ADJUDGED that the Report of the Magistrate Judge, D.E. 30, is RATIFIED, ADOPTED, and AFFIRMED. The case is DISMISSED WITH PREJUDICE. The Court will retain jurisdiction until April 4, 2020 to enforce the terms of the settlement. It is further

ORDERED AND ADJUDGED that the case is CLOSED for administrative purposes. All hearings are CANCELLED; all pending motions DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this _4th_ day March, 2020.

_____
UNITED STATES DISTRICT JUDGE

cc:
counsel of record via cm/ecf